

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 486-4603

January 22, 2014

Honorable Therese Wiley Dancks
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

Re:   *Caron v. Cuomo*
      13-CV-1211 (GLS/TWD)

Dear Magistrate Judge Dancks:

    I represent the defendants in the above-referenced matter. By this letter, I respectfully request a 30-day extension of time, within which to respond to the Amended Complaint. I request the extension to provide me with adequate time to confer with my clients and to address the claims in the complaint. Based upon a conversation with Attorney Jensen, I also believe that the parties may be able to agree to certain stipulations, thereby streamlining this litigation.

    It is my understanding that Attorney Jensen is out of state due to a family emergency. Consequently, I did not wish to disturb him for consent to my request. However, Attorney Firriolo, who represents SCOPE, consents to a 30-day extension.

    The Court's consideration of my request is appreciated.

Respectfully,

*/s/ Kelly L. Munkwitz*

Kelly L. Munkwitz
Assistant Attorney General

Honorable Therese Wiley Dancks
January 22, 2014
Page 2


C:     David D. Jensen, Esq. (via ECF)
       DAVID JENSEN, PLLC
       111 John Street, Suite 420
       New York, New York  10038

       Robert P. Firriolo, Esq. (via ECF)
       BOUTIN & ALTIERI, PLLC
       P.O. Box 630
       Carmel, New York  10512