UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MATTHEW CARON; MATTHEW GUDGER; SECOND AMENDMENT FOUNDATION, INC.; S.C.O.P.E., INC.; LONG ISLAND FIREARMS, LLC,

                                  *Plaintiffs*,

              -against-

ANDREW CUOMO, in his Official Capacity as Governor of the State of New York; and JOSEPH D'AMICO, in his Official Capacity as Superintendent of the Division of State Police,

                                  *Defendants*.

**NOTICE OF APPEARANCE**

13-CV-1211

GLS/TWD

---

        PLEASE TAKE NOTICE that Defendants Andrew M. Cuomo and Joseph D'Amico hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated: Albany, New York
          December 1, 2014

                              ERIC T. SCHNEIDERMAN
                              Attorney General of the State of New York
                              Attorney for Defendants Andrew M. Cuomo and
                                    Joseph D'Amico
                              The Capitol
                              Albany, New York  12224-0341

                              By: s/Adrienne J. Kerwin
                              Adrienne J. Kerwin
                              Assistant Attorney General, of Counsel
                              Bar Roll No. 105154
                              Telephone: (518) 474-3340
                              Fax: (518) 473-1572 (Not for service of papers.)
                              Email: Adrienne.Kerwin@ag.ny.gov

To: David D. Jensen, Esq. (via ECF)
DAVID JENSEN, PLLC
111 John Street, Suite 420
New York, New York  10038

Robert P. Firriolo, Esq. (via ECF)
BOUTIN & ALTIERI, PLLC
P.O. Box 630
Carmel, New York  10512