

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 474-3340

December 1, 2014

Honorable Gary L. Sharpe (via ECF)
United States District Court
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

Re: *Caron v. Cuomo*
13-CV-1211 (GLS/TWD)

Dear Judge Sharpe:

  Pursuant to the Court's September 17, 2014 text order, please be advised that the cross-appeals in the case of *New York State Rifle and Pistol Association, Inc. v. Cuomo*, 13-CV-291 (WMS) (WDNY) have been fully briefed, and will be argued at the Second Circuit Court of Appeals on December 9, 2014.

               Respectfully,

               /s/ Adrienne J. Kerwin

               Adrienne J. Kerwin
               Assistant Attorney General

cc:  David D. Jensen, Esq. (via ECF)
   DAVID JENSEN, PLLC
   111 John Street, Suite 420
   New York, New York 10038

   Robert P. Firriolo, Esq. (via ECF)
   BOUTIN & ALTIERI, PLLC
   P.O. Box 630
   Carmel, New York 10512