UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MATTHEW CARON; MATTHEW GUDGER; SECOND AMENDMENT FOUNDATION, INC.; S.C.O.P.E., INC.; LONG ISLAND FIREARMS, LLC, | **DECLARATION OF SERVICE** |
| *Plaintiffs*, | 13-CV-1211 |
| -against- | GLS/TWD |
| ANDREW CUOMO, in his Official Capacity as Governor of the State of New York; and JOSEPH D'AMICO, in his Official Capacity as Superintendent of the Division of State Police, | |
| *Defendants*. | |

---

I, ADRIENNE J. KERWIN, declare pursuant to 28 USC § 1746, that on December 1, 2014, I served the **Notice of Appearance and Status Report**, filed herein electronically upon the following individuals, using the Court's ECF system, and received a Notice of Electronic Filing confirming that service.

| | |
|---|---|
| Robert P. Firriolo, Esq. | David D. Jensen, Esq. |
| Boutin, Alteri Law Firm | David Jensen PLLC |
| P.O. Box 630 | 111 John Street |
| Carmel, NY 10512 | Suite 230 |
| | New York, NY 10038 |

Dated: December 1, 2014
       Albany, New York

*s/ Adrienne J. Kerwin*
Adrienne J. Kerwin