

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2626

May 29, 2015

Honorable Gary L. Sharpe
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207

Re:   *Caron v. Cuomo*
      Northern District of New York
      13-CV-1211 (GLS)(TWD)

Dear Judge Sharpe:

Pursuant to the Court's December 2, 2014, text order, please be advised that the cross-appeals in the case of *New York State Rifle and Pistol Association, Inc. v. Cuomo*, 13-CV-291 (WMS) (WDNY) have been fully briefed, and were argued at the Second Circuit Court of Appeals on December 9, 2014.  The parties await a decision on the cross-appeals.

I conferred with Robert P. Firriolo, Esq., counsel for plaintiffs prior to submitting this status report.

The Court's attention to this matter is appreciated.

Respectfully,

*s/ Kelly L. Munkwitz*

Kelly L. Munkwitz
Assistant Attorney General
Bar Roll No. 509910
Kelly.Munkwitz@ag.ny.gov

Honorable Gary L. Sharpe
May 29, 2015
Page 2

cc:      Honorable Therese Wiley Dancks (via ECF)
          Federal Building and U. S. Courthouse
          P. O. Box 7346
          Syracuse, NY  13261-7346

          Robert P. Firriolo, Esq. (via ECF)
          Boutin, Alteri Law Firm
          P.O. Box 630
          Carmel, NY  10512

          David D. Jensen, Esq. (via ECF)
          David Jensen PLLC
          111 John Street
          Suite 230
          New York, NY  10038