

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2626

December 2, 2015

Honorable Gary L. Sharpe
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207


Re:   *Caron v. Cuomo*
      Northern District of New York
      13-CV-1211 (GLS)(TWD)

Dear Judge Sharpe:

Pursuant to the Court's June 1, 2015, text order, please be advised that the cross-appeals in the case of *New York State Rifle and Pistol Association, Inc. v. Cuomo* ("*NYSRPA*"), were decided in a decision dated October 19, 2015.  804 F.3d 242 (2d Cir. 2015); 2015 U.S. App. LEXIS 18121, *1.  In that decision, the Court of Appeals for the Second Circuit held that the seven-round load limit did not meet constitutional muster.  *NYSRPA* 2015 U.S. App. LEXIS, 18121 at*47-48.

The defendants in *NYSRPA* have until January 19, 2016 to petition for certiorari.  A formal decision has yet to be made.  Should certiorari not be sought in *NYSPRA*, Robert P. Firriolo, Esq., counsel for certain plaintiffs in this matter agrees that this matter is rendered moot.  Should certiorari be sought, both parties respectfully request that the current stay remain in effect until the seven-round load limit is finally decided in *NYSRPA*.

I conferred with Robert P. Firriolo, Esq., counsel for certain plaintiffs prior to submitting this status report.  I was not able to contact David D. Jensen, Esq., counsel for other plaintiffs.

Honorable Gary L. Sharpe
December 2, 2015
Page 2

       The Court's attention to this matter is appreciated.

                                                     Respectfully,

                                                     s/ Kelly L. Munkwitz

                                                   Kelly L. Munkwitz
                                                 Assistant Attorney General
                                                 Bar Roll No. 509910
                                                 Kelly.Munkwitz@ag.ny.gov

cc:     Honorable Therese Wiley Dancks (via ECF)
        Federal Building and U. S. Courthouse
        P. O. Box 7346
        Syracuse, NY  13261-7346

        Robert P. Firriolo, Esq. (via ECF)
        Boutin, Alteri Law Firm
        P.O. Box 630
        Carmel, NY  10512

        David D. Jensen, Esq. (via ECF)
        David Jensen PLLC
        111 John Street
        Suite 230
        New York, NY  10038