

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2626

January 6, 2016

Honorable Gary L. Sharpe
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207


Re:   *Caron v. Cuomo*
      Northern District of New York
      13-CV-1211 (GLS)(TWD)

Dear Judge Sharpe:

    This letter is to supplement my December 2, 2015, status report.  The parties in *New York Rifle and Pistol Assoc., Inc. v. Cuomo*, 804 F.3d 242 (2d Cir. 2015) applied for an extension of time within which to petition for a writ of certiorari.  On December 18, 2015, Justice Ginsburg extended the time to and including February 18, 2016.  I attach a copy of the notice.

    The Court's attention to this matter is appreciated.

                            Respectfully,

                            s/ Kelly L. Munkwitz

                            Kelly L. Munkwitz
                            Assistant Attorney General
                            Bar Roll No. 509910
                            Kelly.Munkwitz@ag.ny.gov

Honorable Gary L. Sharpe
January 6, 2016
Page 2


cc: Honorable Therese Wiley Dancks (via ECF)
Federal Building and U. S. Courthouse
P. O. Box 7346
Syracuse, NY  13261-7346

Robert P. Firriolo, Esq. (via ECF)
Boutin, Alteri Law Firm
P.O. Box 630
Carmel, NY  10512

David D. Jensen, Esq. (via ECF)
David Jensen PLLC
111 John Street
Suite 230
New York, NY  10038

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 18, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: New York State Rifle and Pistol Association, Inc., et al.
           v. Andrew M. Cuomo, Governor of New York, et al.
           Application No. 15A646
           (Your No. 14-36, 14-37)

Dear Clerk:

      The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Ginsburg, who on December 18, 2015, extended the time to and including February 18, 2016.

      This letter has been sent to those designated on the attached notification list.

                                       Sincerely,

                                       **Scott S. Harris**, Clerk

                                       by

                                       Michael Duggan
                                       Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300


