

# BOUTIN ALTIERI, P.L.L.C.
## Attorneys At Law

ROBERT P. FIRRIOLO
 ADMITTED IN NY & NJ

April 6, 2016

**_VIA ELECTRONIC FILING_**
Honorable Gary L. Sharpe
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

    Re: <u>*Caron v. Cuomo* – No. 13-CV-1211 (GLS)(TWD)</u>

Dear Judge Sharpe:

  This firm represents certain Plaintiffs in the above-referenced action. We write to inform the Court that all parties in this matter agree that it has been made moot by the decision of the Court of Appeals for the Second Circuit in *New York State Rifle and Pistol Association, Inc. v. Cuomo*, 804 F.3d 242 (2015) ("*NYSRPA*"). Therein, the Court of Appeals held that the seven-round load limit for firearms magazines was unconstitutional. That is the same issue raised by *Caron v. Cuomo*. No party in the *NYSRPA* action filed a petition for certiorari.

  Accordingly, we are today filing a stipulation of dismissal signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rule 41.3.

           Very truly yours

           */s/ Robert P. Firriolo*

           Robert P. Firriolo

cc: Honorable Therese Wiley Dancks (via ECF)
   Federal Building and U. S. Courthouse
   P. O. Box 7346
   Syracuse, NY 13261-7346

   Kelly L. Munkwitz, Esq. (via ECF)
   Assistant Attorney General
   The Capitol
   Albany, NY 12224-0341

---

P.O. BOX 630 • CARMEL, NY 10512 • TEL: 845.306.7076 • FAX: 866.585.9604
With offices in Meredith and Londonderry, NH and Fairfield, CT
E-mail: RFirriolo@boutinlaw.com
Website: www.boutinlaw.com

Honorable Gary L. Sharpe
April 6, 2016
Page 2



David D. Jensen, Esq. (via ECF)
David Jensen PLLC
111 John Street
Suite 230
New York, NY 10038